UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON LISOSKI,<br><br>        Plaintiff,<br><br>  v.<br><br>KING COUNTY, *et a.l*,<br><br>        Defendants. | No. 2:23-cv-00536-RSL<br><br>ORDER CONTINUING TRIAL DATE AND REMAINING PRETRIAL DEADLINES |

   Pursuant to Federal Rule of Civil Procedure 15 and Local Civil Rules 7(j) and 10(g), plaintiff Jason Lisoski and defendants King County and King County Department of Natural Resources and Parks stipulated to a continuance of the trial date and all remaining pretrial deadlines pending the Court's ruling on defendants' pending motion for summary judgment.

   Having reviewed the stipulation and the remainder of the record, the Court finds that a continuance will enable the parties to avoid expending unnecessary costs in the event that this matter is resolved on summary judgment. The stipulated motion is therefore GRANTED, and the trial date and remaining pretrial deadlines set forth in the Second Amended Order Setting Trial Date & Related Dates (Dkt. # 24) are hereby STRICKEN. If any of plaintiff's claims survive summary judgment, the parties shall meet and confer regarding the need for motions in limine and

ORDER CONTINUING TRIAL DATE AND
REMAINING PRETRIAL DEADLINES - 1

proposed trial dates. The parties shall, within 14 days of the Court's resolution of the motion for summary judgment, file a joint status report setting forth their availability for trial.

Dated this 17th day of September, 2024.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER CONTINUING TRIAL DATE AND
REMAINING PRETRIAL DEADLINES - 2